UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 09-40521 |
| | ) | Chapter 7 |
| RICHARD MICHAEL COBB | ) | |
| SSN/ITIN xxx-xx-0956 | ) | |
| | ) | |
| and | ) | ORDER APPROVING REAFFIRMATION |
| | ) | AGREEMENT WITH WELLS FARGO |
| KATIE ROSE COBB | ) | BANK, N.A., WELLS FARGO AUTO |
| fka Katie Rose Smid | ) | FINANCE (PONTIAC GRAND PRIX) |
| SSN/ITIN xxx-xx-3004 | ) | |
| | ) | |
| Debtors. | ) | |

The matter before the Court is the reaffirmation agreement between Debtors and Wells Fargo Bank, N.A., Wells Fargo Auto Finance concerning a 2002 Pontiac Grand Prix (doc. 15).  The Court entered an Order Setting Deadline (doc. 20) requiring Debtors to file an amended schedule J and an Amended Part D, including an attached Part D Worksheet.  Debtors timely filed an amended schedule J (doc. 23) and an Amended Part D (doc. 25), including an attached Part D Worksheet (doc. 25-1).  Upon consideration thereof, and

IT APPEARING the agreement, as supplemented by the Amended Part D and the Part D Worksheet, complies with 11 U.S.C. § 524(c); and

IT FURTHER APPEARING the agreement, as supplemented by the Amended Part D and the Part D Worksheet, will not impose an undue hardship on Debtors or their dependents and is in the best interest of Debtors; now, therefore,

IT IS HEREBY ORDERED the reaffirmation agreement between Debtors and Wells Fargo Bank, N.A., Wells Fargo Auto Finance (doc. 15), as supplemented by the Amended Part D and the Part D Worksheet, is approved.

So ordered:  September 9, 2009.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the attached service list.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

Richard Michael Cobb
206 E. 7th Street
Volga, SD 57071

Katie Rose Cobb
206 E. 7th Street
Volga, SD 57071

Jean M. Eckroth
Collections Specialist
Wells Fargo Bank, N.A.
Wells Fargo Auto Finance
jeaneckroth@wellsfargo.com

Wells Fargo Bank, N.A.
Wells Fargo Auto Finance
13675 Technology Drive, Bldg C, 2nd Floor
Eden Prairie, MN 55344-2252

Wells Fargo Auto Finance
Attn: MAC F6582-034
P.O. Box 500
Chester, PA 19013

Wells Fargo Auto Plan
PO Box 60510
Los Angeles, CA 90060-051